**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10238 |
| Plaintiff - Appellee, | D.C. No. 3:08-cr-01205-PGR |
| v. | |
| STEED BERT YOUVELLA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Paul G. Rosenblatt, District Judge, Presiding

Submitted September 13, 2010[**]

Before:     SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Steed Bert Youvella appeals from the 46-month sentence imposed following

his guilty-plea conviction for being a felon in possession of a firearm, in violation

of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  We have jurisdiction under 28 U.S.C.

§ 1291, and we dismiss.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Youvella contends the district court abused its discretion by imposing special conditions of supervised release requiring sex offender treatment. The valid and enforceable appeal waiver precludes our review of this contention. *See United States v. Watson*, 582 F.3d 974, 981-88 (9th Cir. 2009); *see also United States v. Joyce*, 357 F.3d 921, 924 (9th Cir. 2004) (where defendant waives right as conferred by 18 U.S.C. § 3742 to appeal sentence, that waiver includes right to appeal all forms of punishment listed in that statute, including any term of imprisonment, fines, and conditions of supervised release).

**DISMISSED.**